## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Aylin & Ramtin, LLC, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:19−cv−03402
                                                        Honorable LaShonda A. Hunt

Todd Barnhardt, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Motion for Substitution of Attorneys [148] is granted. By 10/15/24, attorney Howard Peritz must file an updated appearance form to reflect his new law firm, Riewer Law, LLC, and contact information. For future reference, individual attorneys appear in federal court, not law firms. That means every lawyer appearing on behalf of a party must have a separate appearance on file. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.